UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00263-RJC

| | |
|---|---|
| **MELISSIA BALLEW FREEMAN,** | )<br>) |
| **Plaintiff,** | )<br>) |
| vs. | )<br>) **ORDER**<br>) |
| **COMMISSIONER OF SOCIAL SECURITY,** | )<br>)<br>) |
| **Defendant.** | )<br>) |

**THIS MATTER** comes before the Court on Defendant's "Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)." (Doc. No. 14). Defendant seeks a judgment reversing its decision and remanding this case for further administrative proceedings. Plaintiff's counsel has consented to Defendant's Motion for Remand.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for reversal and remand is **GRANTED** and the Commissioner's decision is **REVERSED** with a remand of the case to the Commissioner for further proceedings.

**IT IS FUTHER ORDERED** that Plaintiff's motion for summary judgment, (Doc. No. 11), is **DENIED as moot**.

The Clerk is directed to close this case.

Signed: August 9, 2022

Robert J. Conrad, Jr.
United States District Judge